**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

NICHOLAS ADDISON                                                                              PLAINTIFF

v.                                     **Case No. 3:15-cv-00267-KGB/PH**

POINSETT COUNTY
DETENTION CENTER *et al*                                                          DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommendation ("Recommendation")
submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). No objections to the
Recommendation have been filed, and the time for filing objections has passed. After careful
consideration, the Court concludes that the Recommendation should be, and hereby is, approved and
adopted in its entirety as this Court's findings in all respects.

It is therefore ordered that Mr. Addison's application for leave to proceed *in forma paupeirs*
is denied (Dkt. No. 2), and his complaint is dismissed without prejudice (Dkt. No. 1). If Mr.
Addison wishes to continue this case, he must submit the filing and administrative fees of $400.00
to the Clerk of the Court, noting the above case style and number, within thirty (30) days of the
case's dismissal, along with a motion to reopen the case. Upon receipt of the motion and full
payment, this case will be reopened. The Court certifies that an *in forma pauperis* appeal taken from
the order and judgment dismissing this action is considered frivolous and not in good faith. All
pending motions, including Mr. Addison's motion for a trial date (Dkt. No. 4), are denied as moot.

It is so ordered this 27th day of April, 2016.

_____
Kristine G. Baker
United States District Judge