IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS ADDISON**                                                                                   **PLAINTIFF**

v.                            Case No. 3:15-cv-00267-KGB/PH

**POINSETT COUNTY**
**DETENTION CENTER** *et al*                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing without prejudice this case; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

Dated this 27th day of April, 2016.

_____
Kristine G. Baker
United States District Judge